UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------ X

FRED SEEMAN, *Individually and as Administrator of the Estate of* HELENE K. SEEMAN and CURTIS JAY ZUKER SEEMAN,

                                 *Plaintiffs,*

           - against -

AMY LOCANE and MARK C. BOVENIZER,

                                 *Defendants.*

*And other related third-party actions.*
------------------------------------------------------------ X

Docket No. 3:10-CV-6597
[AET - LHG]

NOTICE OF MOTION AND APPEAL OF MAGISTRATE JUDGE'S NON-DISPOSITIVE AUGUST 18, 2015 ORDER

      PLEASE TAKE NOTICE that on September 24, 2015, or as soon as Plaintiffs may be heard, Plaintiffs will move, before Honorable Anne E. Thompson, United States District Judge in the United States District Court for the District of New Jersey, in accordance with Rule 72 of the Federal Rules of Civil Procedure and Local Civil Rule 72.1, to appeal from Magistrate Judge Lois H. Goodman's August 18, 2015 order staying all formal discovery as to Defendant Amy Locane until further order of the Court.

      PLEASE TAKE FURTHER NOTICE that the grounds for Plaintiffs' appeal are fully set forth in the accompanying Brief of Plaintiffs in Support of Motion to Appeal Magistrate Judge's Order.

      PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 7.1(e) a proposed form of Order is annexed to Plaintiffs' aforementioned Brief.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 78.1(b) oral argument is requested.

Dated: August 31, 2015                                   Respectfully submitted,
       Port Washington, NY

                                                         By: */s/ Herbert L. Waichman*
                                                         Herbert L. Waichman
                                                         PARKER WAICHMAN LLP
                                                         *Attorneys for Plaintiffs*
                                                         6 Harbor Park Drive
                                                         Port Washington, NY 11050
                                                         (516) 466-6500